1  Mattaniah Eytan, SB #68561
   Vladie P. Viltman, SB # 203140
2  LAW OFFICES OF MATTANIAH EYTAN
   21 Tamal Vista Blvd., Suite 219
3  Corte Madera, CA  94925
   Telephone:  (415) 399-1000
4  Facsimile:  (415) 399-1088

5  Counsel for Plaintiffs JOHN R. SNIDER, CHARLES A. WENTLAND
   and the WENTLAND FAMILY INVESTMENT GROUP, a California
6  General Partnership

7

8                    UNITED STATES DISTRICT COURT

9            EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

10

| | |
|---|---|
| In re | **Bankruptcy Case No. 04-30837-B-7** <br> **Chapter 7** |
| LARRY NEAL SHERMAN and <br> RITA ROBINSON SHERMAN, | **Adversary Proceeding No. 04-02405** |
| Debtors. | **Appeal No. 08-CV-2402** |
| JOHN R. SNIDER; CHARLES A. WENTLAND, and the WENTLAND FAMILY INVESTMENT GROUP, a California General Partnership, <br><br> Plaintiffs/Appellants, <br> v. <br><br> DENNIS M. HAUSER, and HAUSER & MOUZES, a business entity form unknown, and DOES 1-50, inclusive, <br><br> Defendants/Appellees. | **ORDER TO EXTEND BRIEFING SCHEDULE ON APPEAL** |

Order

In accordance with the stipulation executed by the parties to extend the appellate briefing schedule;

IT IS HEREBY ORDERED:

Appellants' opening brief is due to be filed in the district court 30 days following entry this Order. Appellees' answering brief is due 30 days after service of appellants' brief. Appellants may file a reply brief 20 days after service of appellees' brief. Once all briefs have been submitted, the appellant is to notify the court in writing within 10 days after service of appellant's reply brief, that the appeal is ready for oral argument.

Dated: 11/25/2008

/s/ John A. Mendez
Judge of the District Court