1 | Mattaniah Eytan, SB #68561
  | Vladie P. Viltman, SB # 203140
2 | LAW OFFICES OF MATTANIAH EYTAN
  | 21 Tamal Vista Blvd., Suite 219
3 | Corte Madera, CA  94925
  | Telephone:  (415) 399-1000
4 | Facsimile:  (415) 399-1088

5 | Counsel for Plaintiffs JOHN R. SNIDER, CHARLES A. WENTLAND
  | and the WENTLAND FAMILY INVESTMENT GROUP, a California
6 | General Partnership

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| In re ) | **Bankruptcy Case No. 04-30837-B-7** |
| ) | **Chapter 7** |
| LARRY NEAL SHERMAN and ) | |
| RITA ROBINSON SHERMAN, ) | **Adversary Proceeding No. 04-02405** |
| ) | |
| Debtors. ) | **Appeal No. 08-CV-2402** |
| ) | |
| ) | **ORDER TO RESCHEDULE ORAL** |
| JOHN R. SNIDER; CHARLES A. ) | **ARGUMENT** |
| WENTLAND, and the WENTLAND ) | |
| FAMILY INVESTMENT GROUP, a ) | |
| California General Partnership, ) | |
| ) | |
| Plaintiffs/Appellants, ) | |
| v. ) | |
| ) | |
| DENNIS M. HAUSER, and HAUSER & ) | |
| MOUZES, a business entity form unknown, ) | |
| and DOES 1-50, inclusive, ) | |
| ) | |
| Defendants/Appellees. ) | |

Order

1     In accordance with the stipulation executed by the parties;

2     IT IS HEREBY ORDERED:

3     Oral argument in this case has been rescheduled to take place on May 6, 2009, at 9:00 a.m.

8     Dated: March 30, 2009                                                                   /s/ John A. Mendez
                                                                                                  Judge of the District Court